468 A.2d 837

Commonwealth v. Hughley, Appellant.

Submitted October 13, 1983. Daniel McGee, Public Defender, for appellant; Ray Frank Gricar, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, MONTEMURO and POPOVICH, JJ.

The judgment of sentence is affirmed.